# CHAPTER 13 PLAN

Case No.: **09-83806**

Debtor(s): **Tommie Suggs**   SS#: **xxx-xx-1362**   Net Monthly Earnings: **1,150.00**

SS#:   Number of Dependents: **0**

1. Plan Payments:
    ( **X** ) Debtor(s) propose to pay direct a total of $ **1,150.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
    (    ) Payroll deduction Order: To _____ for
    $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

    Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **69,000.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,750.00** ; **$850.00** paid pre-petition; $ **1900.00** to be paid at confirmation and $ ___ per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Flagstar Bank | $156,965.00 | ☐ by Trustee ☒ by Debtor $1,068.86 | January 2010 | $0.00 | | | |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Ft McPherson Credit Union | | $6,740.00 | $7,025.00 | $0.00 | 1998 Ford F-150 | 5.25% | | |
| Mercedes Benz Financial | | $29,288.68 | $26,025.00 | $0.68 | 2005 Mercedes E500 W | 5.25% | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ___.
   ☒ This plan proposes to pay unsecured creditors **Pro Rata** %.
   ☒ Other Provisions: **Daughter's student loans to be paid outside plan.**

Attorney for Debtor Name/Address/Telephone #   Date **January 8, 2010**   **/s/ Tommie Suggs**

**/s/ John P Coble**
**John P. Coble ASB-2794-B65J**   **Tommie Suggs**
**920 Merchants Walk**   Signature of Debtor
**Suite C**
**Huntsville, AL 35801**
Telephone # **256-650-1160**